Wednesday August 26, 2015

Patrick Marshall
 #1728798
3060 Fm 3514
Beaumont Tx. - 77705

Mr. Abel Acosta Clerk.

RE.: PD-0509-14 ; PD-0510-14

Please send me a copy of the above
cited "docket sheet" within these cited
Cause No.(s), Thank You.

Respectfully Submitted
by:

Patrick Marshall
Patrick Marshall

CP.: File /pm

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 28 2015

Abel Acosta. Clerk